FORM C9B
1HC980773 – HAROLD CHETRICK ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

|  |  |
|---|---|
| JAMES MOSLEY,<br><br>    PLAINTIFF<br>  – vs. –<br><br>UNITED STATES OF AMERICA ET AL,<br><br>    DEFENDANT | Index No: **08 CIV 4991**<br>Date Filed: **05/29/2008**<br>Office No:<br>Court Date: |

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DAVID GOLDBERG** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **06/09/2008** at **3:20PM** at **86 CHAMBERS STREET 3RD FLOOR , NEW YORK, NY 10007**, I served a true copy of the **SUMMONS VERIFIED COMPLAINT** upon **UNITED STATES OF AMERICA** the **DEFENDANT** therein named by delivering to, and leaving personally with **ARETHA CHARLES, AUTHORIZED TO ACCEPT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: **FEMALE** | COLOR: **BLACK** | HAIR: **BLACK** |
| APP. AGE: **30** | APP. HT: **5'4** | APP. WT: **130** |

OTHER IDENTIFYING FEATURES:

Sworn to before me on **06/10/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DAVID GOLDBERG – 916033
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

JAMES MOSLEY,

                     Plaintiff(s),

   - against -                             Index No. 08 CIV 4991

UNITED STATES OF AMERICA, UNITED
STATES POSTAL SERVICE and DAVID
QUINONE,S

                     Defendant(s).

- - - - - - - - - - - - - - - - - - - -X

STATE OF NEW YORK   )
                    ) ss.
COUNTY OF NEW YORK )

       HAROLD CHETRICK, being duly sworn, deposes and says:

       1.   That I am an attorney at law, having offices at 51 East 42nd Street, New York, NY 10017.

       2.   That on the **9th** day of **June, 2008,** at 3:20 p.m. at 86 Chambers Street, 3rd floor, New York, NY 10007, a true copy of the Summons and Verified Complaint was served upon defendant, UNITED STATES OF AMERICA, by delivering and leaving a true copy of the aforementioned documents with Aretha Charles, authorized to accept a true copy of each on behalf of the defendant, and a person of suitable age and discretion.

3. That hereto is attached a true copy of the affidavit of service by David Golberg, attesting to service upon the defendant, UNITED STATES OF AMERICA.

*[signature]*

HAROLD CHETRICK

Sworn to before me this
12th day of June, 2008

*[signature: Charlotte E. _____]*