25 – SUBSTITUTE SERVICE / MAILING AT BUSINESS
1HC980771 – HAROLD CHETRICK ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

------------------------------------------------

**JAMES MOSLEY,**
    PLAINTIFF
– vs. –

**UNITED STATES OF AMERICA ET AL,**
    DEFENDANT

------------------------------------------------

Index No: **08 CIV 4991**
Date Filed: / /
Office No:
Court Date:

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

**DAVID GOLDBERG** being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

Deponent served the **SUMMONS VERIFIED COMPLAINT** upon the **DEFENDANT DAVID QUINONES** on **06/09/2008** at **3:40PM** at **90 CHURCH STREET % USPS, NEW YORK, NY** actual place of business of the **DEFENDANT** by delivering thereat a true copy to **WENDY GLICKSTEIN, CO-WORKER OF THE DEFENDANT**, a person of suitable age and discretion whose approximate description is as follows:

    SEX: **FEMALE**      COLOR: **WHITE**      HAIR: **BLACK**
    APP. AGE: **50**      APP. HT: **5'7**      APP. WT: **150**
    OTHER IDENTIFYING FEATURES: **GLASSES**

Deponent also mailed a copy of same in an official depository under the exclusive care and custody of the United States Post Office Department within New York State on **06/10/2008** by first class mail to:

**DAVID QUINONES**
**90 CHURCH STREET % USPS, NEW YORK, NY**

That address being **actual place of business of the DEFENDANT**, in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL", and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person served.

Sworn to before me on **06/10/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DAVID GOLDBERG – 916033
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
JAMES MOSLEY,

                    Plaintiff(s),

     - against -                          Index No. 08 CIV 4991

UNITED STATES OF AMERICA, UNITED
STATES POSTAL SERVICE and DAVID
QUINONES

                    Defendant(s).
- - - - - - - - - - - - - - - - - - -X

STATE OF NEW YORK  )
                   ) ss.
COUNTY OF NEW YORK )
```

HAROLD CHETRICK, being duly sworn, deposes and says:

1. That I am an attorney at law, having offices at 51 East 42nd Street, New York, NY 10017.

2. That on the **9th** day of **June, 2008,** at 3:40 p.m. at 99 Church Street, New York, New York, a true copy of the Summons and Verified Complaint was served upon defendant, DAVID QUINONES, c/o UNITED STATES POSTAL SERVICE, by delivering and leaving a true copy of the aforementioned documents with Wendy Glickstein, authorized to accept a true copy of each on behalf of the defendant, and a person of suitable age and discretion.

3. That hereto is attached a true copy of the affidavit of service by David Golberg, attesting to service upon the defendant, DAVID QUINONES.

                                                HAROLD CHETRICK

Sworn to before me this
12th day of June, 2008

2009