FORM C9B
1HC980772 – HAROLD CHETRICK ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---

**JAMES MOSLEY,**

    PLAINTIFF

– vs. –

**UNITED STATES OF AMERICA ET AL,**

    DEFENDANT

---

Index No: **08 CIV 4991**
Date Filed: **05/29/2008**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DAVID GOLDBERG** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **06/09/2008** at **3:40PM** at **90 CHURCH STREET , NEW YORK, NY** , I served a true copy of the **SUMMONS VERIFIED COMPLAINT** upon **UNITED STATES POSTAL SERVICE** the **DEFENDANT** therein named by delivering to, and leaving personally with **WENDY GLICKSTEIN, AUTHORIZED TO ACCEPT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: **FEMALE** | COLOR: **WHITE** | HAIR: **BLACK** |
| APP. AGE: **50** | APP. HT: **5'7** | APP. WT: **150** |
| OTHER IDENTIFYING FEATURES: **GLASSES** | | |

Sworn to before me on **06/10/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DAVID GOLDBERG – 916033
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

JAMES MOSLEY,

                Plaintiff(s),

  - against -                        Index No. 08 CIV 4991

UNITED STATES OF AMERICA, UNITED
STATES POSTAL SERVICE and DAVID
QUINONES

                Defendant(s).

- - - - - - - - - - - - - - - - - - - -X

STATE OF NEW YORK  )
                    ) ss.
COUNTY OF NEW YORK )

      HAROLD CHETRICK, being duly sworn, deposes and says:

      1.    That I am an attorney at law, having offices at 51 East 42nd Street, New York, NY 10017.

      2.    That on the **9th** day of **June, 2008,** at 3:40 p.m. at 99 Church Street, New York, New York, a true copy of the Summons and Verified Complaint was served upon defendant, UNITED STATES POSTAL SERVICE, by delivering and leaving a true copy of the aforementioned documents with Wendy Glickstein, authorized to accept a true copy of each on behalf of the defendant, and a person of suitable age and discretion.

3. That hereto is attached a true copy of the affidavit of service by David Golberg, attesting to service upon the defendant, UNITED STATES POSTAL SERVICE.

*[signature]*
HAROLD CHETRICK

Sworn to before me this
12th day of June, 2008

*[signature]*

, 2009