USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, Third Floor
New York, New York 10007

August 1, 2008

**BY HAND DELIVERY**



Hon. Peter K. Leisure
United States District Judge
United States Courthouse
500 Pearl St., Room 1910
New York, NY 10007

**MEMO ENDORSED**

Re: *Mosley v. United States, et al.*, 08 Civ. 4991 (PKL)

Dear Judge Leisure:

    This Office represents the United States (the "Government") as the defendant in the above-referenced Federal Tort Claims Act ("FTCA") action. I write to respectfully request that the last day for the Government to answer or otherwise respond be extended by 45 days, from August 8, 2008 to September 22, 2008, so as to enable the parties to seek a resolution of this matter in lieu of litigation. Counsel for plaintiff James Mosley consents to this request.

    As the Court is aware, this action arises from alleged traffic accident involving a bus driven by Mr. Mosley and a United States Postal Service (the "Postal Service") vehicle that occurred on 116th Street in northern Manhattan on or about August 9, 2007. A review of the Postal Service's administrative claims files showed that Mr. Mosley apparently did not comply with the Postal Service's requests for medical information and filed this lawsuit before the Postal Service had had an opportunity to adjudicate his administrative claim. The Government believes that those circumstances may support the dismissal of this action. Nevertheless, the additional time requested will afford the parties an opportunity to determine whether this matter can be resolved without further litigation.

    If the Court grants the parties' extension request, I further request respectfully that the time for the Government to move, if necessary, to dismiss the Postal Service and David Quinones as improper defendants in this FTCA action be adjourned to September 22, 2008.

I thank the Court for its consideration of these requests.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LI YU
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel: (212) 637-2734
Fax: (212) 637-2686

cc: Harold Chetrick, Esq. (By Facsimile)
Harold Chetrick, P.C.
60 42nd Street, Suite 445
New York, NY 10165
*Counsel for Plaintiff*
Fax: (212) 679-9195

Gov't to file by 9/22;
opposition to be filed by 10/6,
reply by 10/14/08

8/04/08

SO ORDERED
[signature]
USDJ

2